*Opinions of Value*
Jim Schreibeis
6124 Oasis Ct.
Cincinnati, OH 45247
Phone: 513-481-0501
Cell: 513-478-1290
Fax: 513-481-0782

March 28, 2010
Mr. John Rose
Attorney At Law
Regarding: **Donna and Rick Mounce**
Property: 2250 Hannaford Cincinnati, **Ohio 45212**
Purchased: 1985 $42,500
Description: A 5-2-1-1 one and one half story with a basement no drive or garage and 1056 SF in visually fair condition with need of a bath to be finished some carpet and the twenty four old roof will need some attention
I was in this property
I always assume that total disclosure is standard if marketing.
 Auditors: value $90,830
Opinion: value: **$80,000**
Refinanced: Yes
Items of note that might affect value are the similar comparables as noted below.
 **5332 Hunter 1023 SF listed $87,500 sold $80,000 7-2-1-1 fair Dom 50**
**5327 Warren 1045 SF listed $84,900 sold $83,000 5-2-2-1 fair Dom 24**
 **2354 Quatman 1252 SF listed $94,500 sold $85,700 5-2-1 fair Dom 188**
**Realist used or not as noted or not.**

I agreed to evaluate this property impartially, honestly and to the best of my knowledge and ability. If anything further is needed, please don't hesitate to contact me at 481-0501.

Sincerely,
Jim Schreibeis

All information is to be used by and for the federal bankruptcy courts and the attorneys chosen and are gathered from public records interviews and visits by me and are my opinions on this date.

## Market Conditions (Cumulative) Summary Report

Printed On: 03/24/2010 2:18 pm                                                                              Page: 1

**Search Criteria:** Property Type Residential  Include Property Subtype Single Family  Statuses Active, Pending, Sold (3/25/2008 or after) Price  77,000 to 94,000  Auctions Included  Bedrooms  2.00 to 3.00  Radius Address  2250 hannaford, 45212  Radius  0.50 Miles

| Inventory Analysis | Prior 7 - 12 Months (03/29/2009-09/24/2009) | Prior 4 - 6 Months (09/25/2009-12/23/2009) | Current - 3 Months (12/24/2009-03/24/2010) |
|---|---|---|---|
| Total # of Comparable Sales (Settled) | 3 | 2 | 0 |
| Absorption Rate (Total Sales/Months) | 0.50 | 0.67 | 0.00 |
| Total # of Comparable Active Listings ♦ | 5 | 5 | 11 |
| Months of Housing Supply (Listings/Absorption Rate) | 10.00 | 7.46 | 0.00 |
| Median Sale Price & List Price, DOM | Prior 7 - 12 Months | Prior 4 - 6 Months | Current - 3 Months |
| Median Comparable Sale Price | 84,500 | 85,500 | 0 |
| Median Comparable Sales Days on Market | 118 | 51 | 0 |
| Median Comparable List Price (All) | 85,000 | 85,000 | 86,900 |
| Median Comparable Listings Days on Market (All) | 59 | 104 | 23 |
| Median Sale Price / Median List Price % | 95.75% | 95.98% | 0.00% |

♦*The total number of all Comparable Active Listings is based on listings that were On Market for all or part of one of the specified time periods above.*

**Notes:**
- *7 record(s) were disqualified.*
- *All listings are sorted according to the user defined sort, and may not display in the order used to determine the median values.*
- *Time ranges are based on a 360-day year commonly called the 'banking year'.*
- *Listings are 'disqualified' from the median value calculations when their Selling, Expiration, or Inactive Date is more than 360 days from the current date, or when they have a listing or sold price of zero dollars.*
- *If your MLS uses SP%OP (Sales Price % Original Price), then the Sales Price/List Price calculations will be calculated using the original list price.*

---

Presented By: Jim Schreibeis / Cagney, Weisker & Associates

Equal Opportunity Housing * All information deemed reliable, but not guaranteed.
Information has not been verified, is not guaranteed and subject to change.
Copyright ©2010 Rapattoni Corporation. All rights reserved.



Listings as of 03/24/10 at 5:18pm

Property Type: Residential Include Property Subtype: Single Family Statuses: Active, Pending, Sold (3/25/2008 or after) Price: 77,000 to 94,000Auctions: Included Bedrooms: 2.00 to 3.00 Radius Address: 2250hannaford,45212Radius: 0.50Miles

**Residential 1-Line Report**

| MLS# | Area/SIC | Address | # | L-Price $ | Rms | Bd | Bth | BFGC | Typ | Levels | LO | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1199365 | p | E02-NW2110 Ross Ave | | 77,900 | 6 | 3 | 2-0 | FY C | Single Family | 2 Story | UNLI01 | Active |
| 1177040 | p+ | E02-NW2341 Highland Ave | | 79,900 | 6 | 3 | 2-0 | FN C | Single Family | 2 Story | COMY04 | Sold |
| Off Mkt | 06/06/09 | | SP$ | 79,900 | | | CD | 07/16/09 | | SO COMY01 | | DOM 3 |
| 1211357 | p+vt | E02-NW4915 Pine St | | 80,000 | 8 | 3 | 1-1 | FN C | Single Family | 3 Story | JORD01 | Active |
| 1136229 | p+ | E02-NW5332 Hunter Ave | | 87,500 | 7 | 2 | 1-1 | PY1C | Single Family | 1.5 Sto | UNLI03 | Sold |
| Off Mkt | 09/09/08 | | SP$ | 80,000 | | | CD | 10/14/08 | | SO UNLI03 | | DOM 50 |
| 1188260 | p+ | E02-NW5229 Hunter Ave | | 82,900 | 6 | 3 | 1-1 | FN C | Single Family | 2 Story | REAS01 | Sold |
| Off Mkt | 10/24/09 | | SP$ | 81,000 | | | CD | 12/02/09 | | SO SIBC05 | | DOM 59 |
| 1125341 | p+ | E02-NW5333 Rolston Ave | | 85,000 | 5 | 2 | 1-0 | FN1C | Single Family | 1 Story | SHEL02 | Sold |
| Off Mkt | 05/19/08 | | SP$ | 81,500 | | | CD | 06/23/08 | | SO REEV01 | | DOM 6 |
| 1116241 | p+vt | E02-NW5327 Warren Ave | | 84,900 | 5 | 2 | 2-1 | FN1C | Single Family | 2 Story | PREG03 | Sold |
| Off Mkt | 04/18/08 | | SP$ | 83,000 | | | CD | 04/30/08 | | SO SIBC02 | | DOM 24 |
| 1117004 | p+ | E02-NW5334 Section Ave | | 83,600 | 5 | 2 | 1-0 | FN1C | Single Family | 1.5 Sto | YOCI01 | Sold |
| Off Mkt | 06/13/08 | | SP$ | 83,600 | | | CD | 07/01/08 | | SO UNLI06 | | DOM 77 |
| 1154698 | p+ | E02-NW5349 Fenwick Ave | | 89,900 | 6 | 3 | 1-0 | FN1C | Single Family | 1.5 Sto | SIBC06 | Sold |
| Off Mkt | 05/01/09 | | SP$ | 84,500 | | | CD | 07/08/09 | | SO HUFF12 | | DOM 118 |
| 1212547 | p+ | E02-NW5332 Warren Ave | | 84,900 | 7 | 3 | 1-0 | FN3W | Single Family | 2 Story | DEAR01 | Active |
| 1209706 | p+ | E02-NW5412 Rolston Ave | | 84,900 | 7 | 2 | 1-0 | FY1C | Single Family | 2 Story | REPR01 | Active |
| 1176886 | p+ | E02-NW2396 Lysle Ln | | 85,000 | 7 | 3 | 1-0 | FN1C | Single Family | 2 Story | SIBC06 | Active |
| 1113395 | p+vt | E02-NW2354 Quatman Ave | | 89,500 | 5 | 2 | 1-0 | FN C | Single Family | 2 Story | STAR06 | Sold |
| Off Mkt | 09/07/08 | | SP$ | 85,700 | | | CD | 09/10/09 | | SO GROU01 | | DOM 188 |
| 1203836 | p+ | E02-NW5243 Hunter Ave | | 86,900 | 7 | 2 | 1-0 | FN1C | Single Family | 1 Story | KOPF01 | Pending |
| Off Mkt | 01/23/10 | | SP$ | | | | CD | | | SO | | |
| 1150335 | p+ | E02-NW2342 Glenside Ave | | 88,900 | 6 | 2 | 2-0 | FN C | Single Family | 2 Story | STAR01 | Sold |
| Off Mkt | 12/22/08 | | SP$ | 87,500 | | | CD | 03/03/09 | | SO COMY04 | | DOM 52 |
| 1115183 | p+ | E02-NW5303 Rolston Ave | | 87,900 | 5 | 2 | 2-0 | FN1C | Single Family | 1 Story | DOMI01 | Sold |
| Off Mkt | 03/29/08 | | SP$ | 87,900 | | | CD | 04/15/08 | | SO SHEL14 | | DOM 18 |
| 1211122 | p+ | E02-NW5010 Stewart Park | | 89,900 | 6 | 3 | 1-0 | FN C | Single Family | 2 Story | SIBC06 | Active |
| 1186636 | p+ | E02-NW2244 Cathedral Ave | | 95,500 | 5 | 2 | 1-1 | FN C | Single Family | 1 Story | SIBC04 | Sold |
| Off Mkt | 09/25/09 | | SP$ | 90,000 | | | CD | 11/12/09 | | SO STAR01 | | DOM 43 |
| 1210295 | p+vt | E02-NW5254 Hunter Ave | | 92,000 | 5 | 2 | 1-0 | FN1C | Single Family | 1 Story | SHEL08 | Active |
| 1210154 | p+ | E02-NW5425 Hunter Ave | | 94,000 | 6 | 3 | 1-0 | PN1C | Single Family | 2 Story | UNLI12 | Active |
| 1206697 | p+ | E02-NW5403 Carthage Ave | | 94,000 | 6 | 3 | 1-1 | FN C | Single Family | 2 Story | OWNE0: | Active |
| 1200765 | p+ | E02-NW5056 Grandview Pl | | 94,000 | 5 | 2 | 1-0 | FN1C | Single Family | 1 Story | ELIR01 | Active |

MOUNCE

Information has not been verified, is not guaranteed and subject to change.

Listings as of 03/24/10 at 5:22pm                                                    Page 2

| Sold | 09/07/08 | CD | 09/10/09 | DOM | 188 | SO | GROU01 | FHA | SP$ | 85,700 |
|------|----------|----|----------|-----|-----|-----|--------|-----|-----|--------|
| S1113395p+vt | E02NW | 2354 Quatman Ave | | Unit# | | Subu | Norwood | | LP$ | 89,500 |
| City/Muncip Norwood | | Cnty Hamilton | | State | OH | Zip | 45212 | | OP$ | 94,600 |
| Subd | | Twp | | | | | | | | |

Rooms 5     Bedrms 2     Baths 1-0



Montgomery Rd to Quatman

| | Dim | Lev | | Dim | Lev |
|---|-----|-----|---|-----|-----|
| Living | 17 X 12 | 1 | Mbed | 12 X 11 | 2 |
| Dining | 15 X 12 | 1 | Bed2 | 12 X 11 | 2 |
| Kitchen | 10 X 8 | 1 | Bed3 | | |
| FamRm | | | Bed4 | | |
| Study | | | Bed5 | | |

| | | | |
|---|---|---|---|
| Levels | 2 Story | BthLev1 | N |
| Const | Brick | Bsmt | Full |
| Found | Poured | Garage | None |
| Roof | Shingle | Firepl | 1  Inoperable, Brick |
| Heating | Gas, Forced Air | Gas | Natural |
| Cooling | Central Air | Water | Public |
| Age | 89 | Sewer | Public |
| Occupy | At Closing | School | Norwood City SD |
| Lot | 36x150 | District | Call SD 513-396-5520 |
| Acreage | | | |
| Sa-Tax | 645.06 | | |
| TxRate | Of Record | | |

Cross Street Moeller

Open House

Date          Time          HOA Fee N   HOA Amt$                    Disability Access

Report Prepared by

This Listing Courtesy of Star One Real E
Beautiful home, well maintained, recently & lovingly decorated,
comfortable room sizes, great back yard & at a reasonable price.

Jim Schreibeis                          513-478-1290
Cagney, Weisker & Associates            cweisker1@fuse.net

---

| Sold | 12/22/08 | CD | 03/03/09 | DOM | 52 | SO | COMY04 | FHA | SP$ | 87,500 |
|------|----------|----|----------|-----|-----|-----|--------|-----|-----|--------|
| S1150335p+ | E02NW | 2342 Glenside Ave | | Unit# | | Subu | Norwood | | LP$ | 88,900 |
| City/Muncip Norwood | | Cnty Hamilton | | State | OH | Zip | 45212 | | OP$ | 96,900 |
| Subd | HJ Lehmans | Twp | | | | | | | | |

Rooms 6     Bedrms 2     Baths 2-0



Montgomery Rd to Fenwick, R Glenside, House on L.

| | Dim | Lev | | Dim | Lev |
|---|-----|-----|---|-----|-----|
| Living | 17 X 12 | 1 | Mbed | 15 X 11 | 2 |
| Dining | 12 X 11 | 1 | Bed2 | 14 X 12 | 2 |
| Kitchen | 10 X 9 | 1 | Bed3 | | |
| FamRm | | | Bed4 | | |
| Study | 15 X 15 | L | Bed5 | | |

| | | | |
|---|---|---|---|
| Levels | 2 Story | BthLev1 | N |
| Const | Aluminum | Bsmt | Full |
| Found | Poured | Garage | None |
| Roof | Shingle | Firepl | 1  Gas, Inoperable |
| Heating | Gas, Forced Air | Gas | Natural |
| Cooling | Central Air | Water | Public |
| Age | 87 | Sewer | Public |
| Occupy | At Closing | School | Norwood City SD |
| Lot | 37 x 111 | District | Call SD 513-396-5520 |
| Acreage | 0.120 | | |
| Sa-Tax | $939 | | |
| TxRate | Of Record | | |

Cross Street Fenwick

Open House

Date          Time          HOA Fee N   HOA Amt$                    Disability Access

Report Prepared by

This Listing Courtesy of Star One Real E
7Reasons to Move to Norwood & Location is One of Them.Other 6 are the
rms in this Lge 2Story Home w/Wd Deck,Formal DR,lge Brms,Open
Kit&quiet st.Sold As is.

Jim Schreibeis                          513-478-1290
Cagney, Weisker & Associates            cweisker1@fuse.net

Information has not been verified, is not guaranteed and subject to change.

Listings as of 03/24/10 at 5:22pm                                                                    Page 1

| | | |
|---|---|---|
| **Sold** 09/09/08 | **CD** 10/14/08 | |
| S1136229p+ | E02NW | 5332 Hunter Ave |
| **City/Muncip** Norwood | **Cnty** Hamilton | |
| **Subd** | **Twp** | |

| | | | | | |
|---|---|---|---|---|---|
| **DOM** 50 | **SO** UNLI03 | **FHA** | **SP$** | 80,000 |
| **Unit#** | **Subu** Norwood | | **LP$** | 87,500 |
| **State** OH | **Zip** 45212 | | **OP$** | 87,500 |

**Rooms** 7   **Bedrms** 2   **Baths** 1-1

1023 JE (handwritten)

| | Dim | Lev | | Dim | Lev |
|---|---|---|---|---|---|
| Living | 13 X 13 | 1 | Mbed | 13 X 13 | 2 |
| Dining | 13 X 13 | 1 | Bed2 | 13 X 13 | 2 |
| Kitchen | 12 X 10 | 1 | Bed3 | | |
| FamRm | 12 X 12 | L | Bed4 | | |
| Study | | | Bed5 | | |

| | | | | |
|---|---|---|---|---|
| Levels | 1.5 Story | | BthLev1 | Y  Full |
| Const | Brick, Vinyl | | Bsmt | Partial |
| Found | Poured | | Garage | 1  Detached, Oversized |
| Roof | Shingle | | Firepl | 1  Wood |
| Heating | Gas, Forced Air | | Gas | Natural |
| Cooling | Central Air | | Water | Public |
| Age | 82 | | Sewer | Public |
| Occupy | At Closing | | School | Norwood City SD |
| Lot | 35x112 | | District | Call SD 513-396-5520 |
| Acreage | 0.090 | | | |
| Sa-Tax | 936.00 | | | |
| TxRate | n/a | | | |
| HOA Fee N | HOA Amt$ | | | Disability Access |

Carthage to w. Worth to Hunter

**Cross Street** Ross

**Open House**
**Date**        **Time**

**Report Prepared by**
Jim Schreibeis
Cagney, Weisker & Associates
513-478-1290
cweisker1@fuse.net

**This Listing Courtesy of RE/MAX Unlimite**
Nice Brick Home, Updating in progress, New Kitchen, New Roof, New
AC/furnace HE, New electric, New windows, new Carpet, 1 car garage
w/new dr. Super nice and better than rent.

---

| | | |
|---|---|---|
| **Sold** 04/18/08 | **CD** 04/30/08 | |
| S1116241p+vt | E02NW | 5327 Warren Ave |
| **City/Muncip** Norwood | **Cnty** Hamilton | |
| **Subd** Norwood Place | **Twp** | |

| | | | | | |
|---|---|---|---|---|---|
| **DOM** 24 | **SO** SIBC02 | **OTHR** | **SP$** | 83,000 |
| **Unit#** | **Subu** Norwood | | **LP$** | 84,900 |
| **State** OH | **Zip** 45212 | | **OP$** | 84,900 |

**Rooms** 5   **Bedrms** 2   **Baths** 2-1

10 40 JE (handwritten)

| | Dim | Lev | | Dim | Lev |
|---|---|---|---|---|---|
| Living | 11 X 18 | 1 | Mbed | 14 X 9 | 2 |
| Dining | 11 X 12 | 1 | Bed2 | 11 X 9 | 2 |
| Kitchen | 9 X 9 | 1 | Bed3 | | |
| FamRm | | | Bed4 | | |
| Study | | | Bed5 | | |

| | | | | |
|---|---|---|---|---|
| Levels | 2 Story | | BthLev1 | Y  Full |
| Const | Vinyl, Wood | | Bsmt | Full |
| Found | Block | | Garage | 1  Detached, Rear |
| Roof | Shingle | | Firepl | 1  Gas |
| Heating | Gas, Forced Air | | Gas | Natural |
| Cooling | Central Air | | Water | Public |
| Age | 83 | | Sewer | Public |
| Occupy | Negotiable | | School | Norwood City SD |
| Lot | 33x100 | | District | Call SD 513-396-5520 |
| Acreage | 0.080 | | | |
| Sa-Tax | 626 | | | |
| TxRate | Of Record | | | |
| HOA Fee N | HOA Amt$ | | | Disability Access |



S on Montgomery to R on Ross to R on Warren, house on Left.

**Cross Street**

**Open House**
**Date**        **Time**

**Report Prepared by**
Jim Schreibeis
Cagney, Weisker & Associates
513-478-1290
cweisker1@fuse.net

**This Listing Courtesy of RE/MAX Preferre**
Great for the first time buyer! Nice, clean, well kept home with newer
mechanics. Located within walking distance to parks and schools. Please
see Virtual Tour Media for more details!

MOVRCIE (handwritten signature)

Information has not been verified, is not guaranteed and subject to change.

## Market Conditions Addendum to the Appraisal Report    File No.

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address **2250 Hannaford**    City **Norwood**    State **Ohio** Zip Code **45212**

Borrower

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 3 | 2 | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.50 | 0.67 | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 5 | 5 | 11 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 10.00 | 7.50 | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–8 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 84,500 | 85,500 | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 116 | 51 | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 85,000 | 85,000 | 86,900 | ☐ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 59 | 104 | 23 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 95.75 | 95.98 | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? ☐ Yes ☐ No | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes ☒ No If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.
**Cincinnati MLS**

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
**I did 5332 Hunter 5327 Warren and 2354 Quatman averaged all three then took off $3,000 for the roof, the bath needs to be finished also Please see attached addenda**

| If the subject is a unit in a condominium or cooperative project, complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name **Jim Schreibeis** | | Supervisory Appraiser Name | |
| Company Name **Opinions of value** | | Company Name | |
| Company Address **6124 Oasis 45247** | | Company Address | |
| State License/Certification # **307347** | | State **Ohio** State License/Certification # | State |
| Email Address **jschreibeis@fuse.net** | | Email Address | |

Freddie Mac Form 71    March 2009    Page 1 of 1    Fannie Mae Form 1004MC    March 2009